## UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

No: 17-3352

Telescope Media Group, a Minnesota corporation, et al.

Appellants

v.

Kevin M. Lindsey, in his official capacity as Commissioner of the Minnesota Department of Human Rights and Lori Swanson, in her official capacity as Attorney General of Minnesota

Appellees

------------------------------

Foundation for Moral Law and Center for Constitutional Jurisprudence

Amici on Behalf of Appellant(s)

_____

Appeal from U.S. District Court for the District of Minnesota - Minneapolis
(0:16-cv-04094-JRT)
_____

**ORDER**

The motion of The Foundation for Moral Law for leave to file an Amicus brief in support of Appellants is denied as moot as they have received consent from all parties to the filing of the brief.

January 26, 2018

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans