# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| TELESCOPE MEDIA GROUP, a Minnesota corporation, CARL LARSEN and ANGEL LARSEN, the founders and owners of TELESCOPE MEDIA GROUP,<br><br>      Plaintiffs,<br><br>vs.<br><br>REBECCA LUCERO, in her official capacity as Commissioner of the Minnesota Department of Human Rights and KEITH ELLISON, in his official capacity as Attorney General of Minnesota,<br><br>      Defendants. | Case No. 0:16-cv-04094-JRT-LIB<br><br><br><br>**Chief Judge John R. Tunheim**<br><br>**Magistrate Judge Leo I. Brisbois** |

## [PROPOSED] STIPULATED ORDER ENTERING PRELIMINARY INJUNCTION

This matter is before the Court on the parties' Stipulation to Enter Preliminary Injunction. Based on the parties' stipulation, and for good cause shown, the Court ORDERS that:

1. Defendants, and any person acting in concert with them, may not enforce Minnesota Statutes Annotated § 363A.11, subd. 1, and § 363A.17, subd. 3, as applied to Plaintiffs' expressive business of producing films (a) promoting marriage exclusively as an institution between one man and one woman, and (b) declining to create films that express ideas that conflict with their beliefs about marriage.

2. This preliminary injunction shall remain in effect until further order of this Court.


DATED: _____   _____
at Minneapolis, Minnesota   John R. Tunheim
                            Chief Judge
                            United States District Court