## UNITED STATES DISTRICT COURT
### District of Minnesota

| | |
|---|---|
| Telescope Media Group, Carl Larsen, Angel Larsen | **JUDGMENT IN A CIVIL CASE** |
| Plaintiffs, | |
| v. | Case Number: 16-cv-4094 (JRT/LIB) |
| Kevin Lindsey, Attorney General Lori Swanson, Rebecca Lucero, Keith Ellison | |
| Defendants. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1.  Defendants may not enforce Minnesota Statutes §§ 363A.11, subd. 1 and 363A.17, subd. 3 as applied only to Plaintiffs' production of exclusively heterosexual wedding videos and the accompanying contractually mandated public promotion of those videos.

2.  This preliminary injunction shall remain in effect until further order of this Court.

| | |
|---|---|
| Date: 11/5/2019 | KATE M. FOGARTY, CLERK |
| | s/M. Brigan |
| | (By)   M. Brigan, Deputy Clerk |