# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| TELESCOPE MEDIA GROUP, a Minnesota corporation, CARL LARSEN and ANGEL LARSEN, the founders and owners of TELESCOPE MEDIA GROUP,<br><br>Plaintiffs,<br><br>vs.<br><br>REBECCA LUCERO, in her official capacity as Commissioner of the Minnesota Department of Human Rights, and KEITH ELLISON, in his official capacity as Attorney General of Minnesota,<br><br>Defendants. | Case No. 0:16-cv-04094-JRT-LIB<br><br>**Chief Judge John R. Tunheim**<br>**Magistrate Judge Leo I. Brisbois** |

## [PROPOSED] ORDER OF DISMISSAL

This matter is before the Court on Plaintiffs' Motion for Voluntary Dismissal With Prejudice Under Fed. R. Civ. P. 41(a)(2). For good cause shown, Plaintiffs' motion is GRANTED. This case is DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, leaving nothing more to be resolved in this case, with each party bearing their own attorneys' fees and costs. The Clerk is directed to close the file.

Dated: _____

_____
Hon. John R. Tunheim
United States District Judge
District of Minnesota