IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| TELESCOPE MEDIA GROUP, a Minnesota corporation, CARL LARSEN and ANGEL LARSEN, the founders and owners of TELESCOPE MEDIA GROUP,<br><br>Plaintiffs,<br><br>vs.<br><br>REBECCA LUCERO, in her official capacity as Commissioner of the Minnesota Department of Human Rights, and KEITH ELLISON, in his official capacity as Attorney General of Minnesota,<br><br>Defendants. | Case No. 0:16-cv-04094-JRT-LIB<br><br><br>**Chief Judge John R. Tunheim**<br><br>**Magistrate Judge Leo I. Brisbois** |

**MEET-AND-CONFER STATEMENT CONCERNING PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE UNDER FED. R. CIV. P. 41(a)(2)**

Under Local Rule 7.1(a), Plaintiffs' counsel conferred with Defendants' counsel about Plaintiffs' Motion for Voluntary Dismissal With Prejudice under Federal Rule of Civil Procedure 41(a)(2). Defendants' counsel represented to Plaintiffs' counsel that Defendants oppose Plaintiffs' motion.

Dated: December 18, 2020

Respectfully submitted,

/s/ Jeremy D. Tedesco

Jeremy D. Tedesco, AZ 023497*
Jonathan A. Scruggs, AZ 030505*

Jacob P. Warner, AZ 033894*
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, Arizona 85260
(480) 444-0020
(480) 444-0028 Fax
jtedesco@ADFlegal.org
jscruggs@ADFlegal.org
jwarner@ADFlegal.org

David A. Cortman, GA 188810*
Rory T. Gray, GA 880715*
ALLIANCE DEFENDING FREEDOM
1000 Hurricane Shoals Road, NE,
Suite D-1100
Lawrenceville, GA 30043
(770) 339-0774
(770) 339-6744
dcortman@ADFlegal.org
rgray@ADFlegal.org

Renee K. Carlson, MN 0389675
CARLSON LAW, PLLC
855 Village Center Drive
Suite 259
St. Paul, MN 55127
(612) 455-8950
rcarlson@rkclawmn.com

Jordan Lorence, MN 0125210
J. Caleb Dalton, DC 1033291*
ALLIANCE DEFENDING FREEDOM
440 First St. NW, Suite 600
Washington, DC 20001
(202) 393-8690
jlorence@ADFlegal.org
cdalton@ADFlegal.org

*Admitted Pro Hac Vice

*Attorneys for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I certify that the foregoing was filed with the Clerk of the Court using the CM-ECF system, which provides an electronic copy of this document to the following:

OFFICE OF THE ATTORNEY GENERAL
STATE OF MINNESOTA
Liz Kramer (#03250859)
Solicitor General
Janine Kimble (#0392032)
Hillary A. Taylor (#0398557)
445 Minnesota Street, Suite 1100
St. Paul, Minnesota 55101-2128
(651) 757-1415 (Voice)
(651) 297-7206 (TTY)
liz.kramer@ag.state.mn.us
janine.kimble@ag.state.mn.us
hillary.taylor@ag.state.mn.us

*Attorneys for Defendants*

This 18th day of December, 2020          /s/Jeremy D. Tedesco
                                         Jeremy D. Tedesco
                                         Attorney for Plaintiffs