UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| TELESCOPE MEDIA GROUP, a Minnesota corporation, CARL LARSEN and ANGEL LARSEN, the founders and owners of TELESCOPE MEDIA GROUP,<br><br>     Plaintiffs,<br>vs.<br><br>REBECCA LUCERO, in her official capacity as Commissioner of the Minnesota Department of Human Rights; KEITH ELLISON, in his official capacity as Attorney General of Minnesota,<br><br>     Defendants. | Civ. No. 16-CV-04094 (JRT-LIB)<br><br><br><br><br><br>**LR 7.1(f) CERTIFICATE OF COMPLIANCE** |

I, Janine Kimble, certify that the accompanying Defendants' Memorandum in Opposition to Plaintiffs' Motion for Voluntary Dismissal with Prejudice complies with Local Rule 7.1(f).

I further certify that, in preparation of this Memorandum, I used Microsoft Word Version 2011, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations, in the following word count.

I further certify that the above-referenced memorandum contains 4,791 words.

*Signature on Page 2*

Dated: January 8, 2021

KEITH ELLISON
Attorney General
State of Minnesota

s/ **Janine Kimble**

JANINE KIMBLE (#0392032)
Assistant Attorney General

445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2131
(651) 757-1415 (Voice)
janine.kimble@ag.state.mn.us

ATTORNEY FOR DEFENDANTS