UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| TELESCOPE MEDIA GROUP, a Minnesota corporation, CARL LARSEN and ANGEL LARSEN, the founders and owners of TELESCOPE MEDIA GROUP,<br><br>                    Plaintiffs,<br>vs.<br><br>REBECCA LUCERO, in her official capacity as Commissioner of the Minnesota Department of Human Rights; KEITH ELLISON, in his official capacity as Attorney General of Minnesota,<br><br>                    Defendants. | Civ. No. 16-CV-04094 (JRT-LIB)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE, WITH CONDITIONS** |

The above-entitled matter came on before the undersigned Judge of United States District Court on Plaintiffs' Motion for Voluntary Dismissal with Prejudice.

Based upon all of the files, records and proceedings herein,

IT IS HEREBY ORDERED:

1. The Plaintiffs' Motion for Voluntary Dismissal with Prejudice is GRANTED, with the following conditions:

   a. The Clerk shall open this case to rule on Plaintiffs' motion;

   b. This action is dismissed with prejudice as to all claims, causes of action, and parties, leaving nothing more to be resolved in this case, with each party bearing their own costs and attorney's fees;

 c. The Court shall vacate the preliminary injunction and judgment (ECF Nos. 69 & 70);

 d. Plaintiffs will not use or publicize the following statement at any time in the future, absent court order: "Because of TMG's owners' religious beliefs and expressive purposes, it cannot make films promoting any conception of marriage that contradicts its religious beliefs that marriage is between one man and one woman, including films celebrating same-sex marriages," *see* https://www.telescopemediagroup.net/;

 e. Plaintiffs will not re-enter the wedding business in Minnesota for a period of at least five (5) years from the entry of this Order;

 f. Plaintiffs will comply with the Minnesota Human Rights Act, with respect to any and all of their Minnesota businesses;

 g. Plaintiffs must respond to Defendants' discovery requests, within thirty days of entry of this Order;

 h. Plaintiffs must pay Defendants' reasonable attorneys' fees associated with opposing this motion;

 i. Alliance Defending Freedom must remove all references to this case from its website, to the extent the references suggest Plaintiffs are seeking to go into the wedding videography business;

j.  This Order does not preclude Defendants from seeking to vacate or otherwise modify the Eighth Circuit's opinion in this matter.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:_____        _____
                                  THE HON. JOHN R. TUNHEIM
                                  Chief Judge
                                  United States District Court