# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| TELESCOPE MEDIA GROUP, a Minnesota corporation, CARL LARSEN and ANGEL LARSEN, the founders and owners of TELESCOPE MEDIA GROUP,<br><br>          Plaintiffs,<br><br>   vs.<br><br>REBECCA LUCERO, in her official capacity as Commissioner of the Minnesota Department of Human Rights, and KEITH ELLISON, in his official capacity as Attorney General of Minnesota,<br><br>          Defendants. | Case No. 0:16-cv-04094-JRT-LIB<br><br>**Chief Judge John R. Tunheim**<br><br>**Magistrate Judge Leo I. Brisbois** |

## LR 7.1(f) CERTIFICATE OF COMPLIANCE

I hereby certify that that Plaintiff's Reply in Support of Their Motion for Voluntary Dismissal With Prejudice Under Rule 41(a)(2) complies with the requirements of Local Rule 7.1(f) because it has been prepared in 13-point Century Schoolbook, a proportionally spaced font.

I further certify that this brief complies with the type-volume limitation of Local Rule 7.1(h) because it (together with the supporting memoranda) contains 4,049 words, according to the count of Microsoft Word 365. This word processing program has been applied specifically to include all text, including headings, footnotes and quotations in the word count.

Dated this 22nd day of January, 2021.

        /s/Jeremy D. Tedesco
Jeremy D. Tedesco, AZ 023497*
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, Arizona 85260
(480) 444-0020
(480) 444-0028 Fax
jtedesco@ADFlegal.org

**Admitted Pro Hac Vice*

*Attorney for Plaintiffs*